UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nataniel Hanson,<br><br>           Plaintiff,<br><br>vs.<br><br>City of Richfield, Dustin Schwarze, Nate Kinsey, and Aric Gallatin,<br><br>           Defendants. | Civil File No. 15-CV-4210 (RHK/JSM)<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS DUSTIN SCHWARZE, NATE KINSEY, AND ARIC GALLATIN WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their counsel, that the Plaintiff's claims and causes of action against Defendants Dustin Schwarze, Nate Kinsey, and Aric Gallatin may be and hereby are DISMISSED WITH PREJUDICE.  Pursuant to this Stipulation, the City of Richfield shall be the sole Defendant in this matter and the case caption shall read "Nataniel Hanson, Plaintiff v. City of Richfield, Defendant."

Date:  August 9, 2016

By: /s/ Tim M. Phillips
Tim M. Phillips (#390907)
Joshua R. Williams (#389118)
2836 Lyndale Avenue S., Suite 160
Minneapolis, MN 55408
Telephone   (612) 486-5540
Facsimile:    (612) 605-1944
tphillips@jrwilliamslaw.com
jwilliams@jrwillliamslaw.com

*Attorneys for Plaintiff*

LEAGUE OF MINNESOTA CITIES

Date: August 10, 2016            /s/ Daniel P. Kurtz
                                 Daniel P. Kurtz (#387858)
                                 145 University Avenue West
                                 St. Paul, MN 55103-2044
                                 651.281.1276
                                 Attorney for Defendants