# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nataniel Hanson,<br><br>              Plaintiff,<br><br>vs.<br><br>City of Richfield, Dustin Schwarze,<br>Nate Kinsey and Aric Gallatin,<br><br>              Defendants. | Civil No. 15- 4210 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL OF DEFENDANTS DUSTIN SCHWARZE, NATE KINSEY, AND ARIC GALLATIN WITH PREJUDICE** |

Based on the parties' Stipulation of Dismissal of Defendants Dustin Schwarze, Nate Kinsey, and Aric Gallatin With Prejudice (Doc. No. 19), **IT IS ORDERED** that Plaintiff's claims and causes of action against Defendants Dustin Schwarze, Nate Kinsey, and Aric Gallatin are **DISMISSED WITH PREJUDICE**, on the merits, and without costs or disbursements to any party. Defendant City of Richfield now being the sole Defendant in this matter, the case caption shall read "Nataniel Hanson, Plaintiff v. City of Richfield, Defendant."

Dated: August 12, 2016

                                                              s/Richard H. Kyle<br>
                                                              RICHARD H. KYLE<br>
                                                              United States District Judge